IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH TORRES,

    Plaintiff,

  v.                                                                                                                           No. CV 10-0267 BB/GBW

JOE WILLIAMS, GEORGE TAPIA,
JOE PACHECO, MR. GATTI,
CO VARGASS, CO BURNING,
DAVID GALLEGOS, CMS MEDICAL STAFF,

    Defendants.

ORDER TO SHOW CAUSE

    This matter is before the Court *sua sponte*. According to the docket, a recent mailing to Plaintiff has been returned undelivered, indicating that he is not confined where he was when he filed his complaint. Plaintiff apparently has failed to advise the Court of his current address, as required by D.N.M.LR-Civ 83.6. This failure to comply with the Court's local rules demonstrates a lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). The Court will require Plaintiff to show cause why his complaint should not be dismissed.

    IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this Order, Plaintiff file a response showing cause, if any, why his complaint should not be dismissed; and a copy of this order shall be sent to Plaintiff at the last address shown in the

file.  Failure to respond to this order to show cause shall constitute an independent basis for dismissal.

_____
UNITED STATES MAGISTRATE JUDGE