IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH TORRES,

        Plaintiff,

v.                                        No. 1:10-cv-267 BB/SMV

JOE PACHECO, Unit Manager,
FNU GATTI,
FNU VARGASS, Correctional Officer,
FNU BURNING, Correctional Officer,
DAVID GALLEGOS, Transport Officer,
CMS MEDICAL STAFF, and
FNU BELL, Sgt.,

        Defendants.

**ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL
OF ATTORNEY AND SUBSTITUTION OF COUNSEL**

THIS MATTER comes before the Court upon Defendants' Stipulated Motion to Withdraw as Counsel and Notice of Appointment of Substitute Attorney [Doc. 37] ("Motion to Withdraw"). The Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants' Motion to Withdraw is hereby GRANTED. The Clerk of the Court shall substitute Allen, Shepherd, Lewis, Syra & Chapman, P.C. (Nicole M. Charlebois and Joshua A. Collins), for Kennedy, Moulton & Wells, P.C. (Debra J. Moulton), as counsel of record for Defendants Joseph Pacheco, Michael Gatti, David Gallegos, Fernando Vargass and Aaron Bell.

For future filings, the Court directs counsel's attention to Local Rule 7.2, regarding the submission of proposed orders when filing unopposed motions.

IT IS SO ORDERED.

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**