IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSEPH TORRES,**

    Plaintiff,

v.                                                No. 10-cv-0267 BB/SMV

**JOE WILLIAMS; GEORGE TAPIA;**
**JOE PACHECO, Unit Manager; FNU GATTI;**
**FNU VARGASS, Correctional Officer;**
**FNU BURNING, Correctional Officer;**
**DAVID GALLEGOS, Transport Officer;**
**CMS MEDICAL STAFF; and FNU BELL, Sgt.,**

**Defendants.**

## ORDER GRANTING STIPULATED MOTION TO WITHDRAW

THIS MATTER is before the Court on Allen, Shepherd, Lewis, Syra & Chapman, P.A.'s Stipulated Motion to Withdraw [Doc. 41] ("Motion"), filed on July 25, 2012.  Joshua A. Collins, Esq., of Allen, Shepherd, Lewis, Syra & Chapman, P.A., seeks to withdraw as counsel of record for Defendants Pacheco, Gatti, Gallegos, Vargas, and Bell.  The Court, being advised that another attorney from Allen, Shepherd, Lewis, Syra & Chapman, P.A., will remain as counsel of record on behalf of the above Defendants, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Withdraw [Doc. 41] is **GRANTED**, and Joshua A. Collins, Esq.'s representation of Defendants Pacheco, Gatti, Gallegos, Vargas, and Bell is hereby **TERMINATED**.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**